[No. 65861-1-I.   Division One.   January 17, 2012.]

MARCIA R. MAGEE, *Appellant*, v. RITE AID, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-07562-3, Jim Rogers, J., entered July 16, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J. Now published at 167 Wn. App. 60.

[No. 65910-3-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW S. HOWEM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00449-4, Steven J. Mura, J., entered August 17, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 65923-5-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN KNIGHT LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05161-3, Susan J. Craighead, J., entered April 15, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 65936-7-I.   Division One.   January 17, 2012.]

CRAIG RICE, *Appellant*, v. OFFSHORE SYSTEMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-25368-4, Douglass A. North, J., entered August 26, 2010. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ. Now published at 167 Wn. App. 77.